UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CR175 JCH |
| ) | |
| MICHAEL SHANAHAN, SR., ) | |
| MICHAEL SHANAHAN, JR., and ) | |
| GARY C. GERHARDT, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant Gary C. Gerhardt's Motion to Unseal Transcript, filed December 7, 2007. (Doc. No. 154). Upon consideration, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Gary C. Gerhardt's Motion to Unseal Transcript (Doc. No. 154) is **GRANTED**, and the transcript from the June 1, 2007, hearing before Judge Henry Autrey in Cause No. 4:07MC236 is unsealed for the limited purpose of providing the transcript to defense counsel for all Defendants in Cause No. 4:07CR175 JCH (provided Defendants make arrangements to pay for their copies of the transcript as appropriate).

**IT IS FURTHER ORDERED** that Judge Autrey's seal of the proceedings remains in effect.

Dated this 12th day of December, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE